AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Kathy Reaves, aka Kathy Juanita Reaves
*Plaintiff*
v.
Clayton County School District, Clayton County Board of Education, Jamie L. Wilson, Wendy Edwards, Anthony Smith, Thomas R. Traywick, Randall Farmer, Gregory Dole, Clarke County School District, Makeba Clark, Selena Blankenship, Jessica Norris, Robbie Hooker, Taylor Hensel, etal,
*Defendant*

Civil Action No.   4:24-cv-7009-JD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph Dawson, III, United States District Judge who adopts the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:   January 24, 2025

ROBIN L. BLUME
*CLERK OF COURT*

s/Debbie Stokes
*Signature of Clerk or Deputy Clerk*